## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELL THRIVE LTD, a Samoa Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEMILEDS CORPORATION, a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 17-794 (MN)<br>)<br>)<br>)<br>)<br>) |

### JOINT AO 187 EXHIBIT & WITNESS LIST

| PRESIDING JUDGE<br>Judge Maryellen Noreika | PLAINTIFF'S COUNSEL<br>David Eagle, Esq. & Robert D. Weber, Esq. | REPORTER<br>Dale Hawkins |
|---|---|---|
| DATES OF TRIAL<br>3/2/2020 & 3/3/2020 | DEFENDANT'S COUNSEL<br>Dan Woods, Esq. & Lauren P. DeLuca, Esq. | COURTROOM DEPUTY<br>Mark Buckson |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| JTX-1 | | | 3/2/20 | Y | Y | Purchase Agreement dated June 28, 2016 | S. Chang |
| JTX-2 | | | 3/2/20 | Y | Y | Assignment & Assumption of Purchase Agreement dated August 4, 2016 | S. Chang |
| JTX-3 | | | 3/3/20 | Y | Y | Amendment No. 1 to Purchase Agreement [Shih Deposition Ex. 4] | P. Chiou |
| JTX-4 | | | 3/2/20 | Y | Y | Letter S.C. Chang to SemiLEDs [Chang Deposition Ex. 2] dated August 13, 2016 | S. Chang |
| JTX-5 | | | 3/2/20 | Y | Y | Confirmation of Wire Transfer of US$ 500,000 from Well Thrive LTD to SemiLEDs | S. Chang |
| JTX-7 | | | 3/3/20 | Y | Y | Document Entitled S Company Plan [Chiou Deposition Ex. 5] dated March 21, 2016 | P. Chiou |
| JTX-8 | | | 3/2/20 | Y | Y | Email from Christopher Lee to Peter Chiou and Daniel Shih, with attachment [Chiou Deposition Ex. 6] | C. Lee |
| JTX-9 | | | 3/2/20 | Y | Y | Letter from Trung Doan to Jan Lin | C. Lee |
| JTX-10 | | | 3/2/20 | Y | Y | Letter from Trung Doan to S.C. Chang and Peter Chiou dated Dec. 16, 2016 | S. Chang |
| JTX-11 | | | 3/2/20 | Y | Y | Letter from Christopher Prince to SemiLEDs Corporation | D. Shih |
| JTX-14 | | | 3/2/20 | Y | Y | SemiLEDs Form 8-k/A filed with the Securities Exchange Commission dated July 6, 2016 | C. Lee |
| JTX-15 | | | 3/2/20 | Y | Y | SemiLEDs Form 8-k/A filed with the Securities Exchange Commission dated August 23, 2016 | C. Lee |
| JTX-16 | | | 3/2/20 | Y | Y | SemiLEDs Form 8-k/A filed with the Securities Exchange Commission dated Nov. 21, 2016 | C. Lee |
| JTX-18 | | | 3/3/20 | Y | Y | SemiLEDs Form 8-k/A filed with the Securities Exchange Commission dated January 13, 2016 | C. Lee |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| JTX-19 | | | 3/2/20 | Y | Y | SemiLEDs historical stock prices from June 1, 2016-December 31, 2016 (from Yahoo Finance | T. Doan |
| JTX-21 | | | 3/3/20 | Y | Y | Joint Status Report | C. Prince |
| | | DTX-1 | 3/2/20 | Y | Y, obj overruled | March 22, 2018, Declaration of Shang-Chun Chang | S. Chang |
| | | DTX-2 | 3/2/20 | Y | Y | Aug 14, 2016, Letter from Shu-Lan Chiu (Chang Depo., Ex. 3) | D. Shih |
| | | DTX-3 | 3/2/20 | Y | Y | Aug 14, 2016, Letter from Hsiu-Hua Chiang (Chang Depo., Ex. 4) | D. Shih |
| | | DTX-5 | 3/3/20 | Y | Y | Aug/Sept. 2017, Emails among Prince, Woods and Pappas (Prince Depo., Ex. 1) | C. Prince |
| | | DTX-6 | 3/3/20 | Y | Y | Oct 24, 2017, Emails from Pappas; Docket Text (Prince Depo., Ex. 3) | C. Prince |
| | | DTX-7 | 3/3/20 | Y | Y | Nov. 27, 2017, Email from Prince to Woods (Prince Depo., Ex. 4) | C. Prince |
| | | DTX-8 | 3/3/20 | Y | Y | Nov. 29, 2017, Email from Prince to Woods; Stipulation of Dismissal (Prince Depo., Ex. 5) | C. Prince |
| | | DTX-9 | 3/3/20 | Y | Y | Nov. 29 & 30, 2017, Emails between Hill, Woods and Prince (Prince Depo., Ex. 6) | C. Prince |
| | | DTX-10 | 3/3/20 | Y | N, obj sustained | Nov. 29 & 30; Dec. 1, 2017, Emails between Hill, Prince, Pappas and Woods (Prince Depo., Ex. 7) | C. Prince |
| | | DTX-12 | 3/3/20 | Y | N, obj sustained | Dec. 1, 2017, Emails from Hill to Prince; Letter from Hill to Thynge (Prince Depo., Ex. 9) | C. Prince |
| | | DTX-13 | 3/3/20 | Y | Y | Dec. 1, 2017, Emails between Hill, Gallagher, Woods and Prince (Prince Depo., Ex. 10) | C. Prince |
| | | DTX-14 | 3/3/20 | Y | Y, obj overruled | Dec. 4, 2017, Email from Woods to Prince; Settlement Agreement and Mutual Release (Prince Depo., Ex. 11) | C. Prince |
| | | DTX-15 | 3/3/20 | Y | Y | Dec. 4, 2017, Email from Prince to Woods (Prince Depo., Ex. 12) | C. Prince |
| | | DTX-16 | 3/3/20 | Y | Y | Dec. 19, 2017, Email from Prince to Woods; Settlement Agreement and Mutual Release (Prince Depo., Ex. 13) | C. Prince |
| | | DTX-17 | 3/3/20 | Y | Y | Dec. 19, 2017, Emails from Prince to Woods (Prince Depo., Ex. 14) | C. Prince |
| | | DTX-18 | 3/3/20 | Y | Y | Dec. 21, 2017, Email from Prince to Woods; Stipulation of Dismissal (Prince Depo., Ex. 15) | C. Prince |
| | | DTX-19 | 3/3/20 | Y | Y | Dec. 21 & 21, 2017, Emails between Prince and Woods (Prince Depo., Ex. 16) | C. Prince |
| | | DTX-20 | 3/3/20 | Y | Y | Dec. 21 & 27, 2017 and Jan. 8, 2018, Emails between Prince and Woods (Prince Depo. 17) | C. Prince |
| | | DTX-21 | 3/3/20 | Y | Y | Text Messages [Chiou Deposition Ex. 1] | P. Chiou |
| | | DTX-25 | 3/3/20 | Yes | Yes | May 22, 2016, Draft of Purchase Agreement | T. Doan |
| | | DTX-26 | 3/3/20 | Yes | Yes | Undated draft of Purchase Agreement | T. Doan |
| | | DTX-27 | 3/3/20 | Yes | Yes | Undated draft of Purchase Agreement | T. Doan |
| | | DTX-28 | 3/3/20 | Yes | Yes | Undated Convertible Unsecured Promissory Note | T. Doan |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | | DTX-29 | 3/3/20 | Yes | N, obj sustained | Aerkomm, Inc. Form S-1 as filed with the Securities and Exchange Commission on June 27, 2017 | Judicial Notice |
| | X | | 3/2/20 | | | Witness testimony of Sheng-Chun Chang | |
| | X | | 3/2/20 | | | Deposition reading of Daniel Shih | |
| | X | | 3/2/20 | | | Witness testimony of Christopher Lee | |
| | X | | 3/2/20 | | | Witness testimony of Trung Doan | |
| | | X | 3/3/20 | | | Deposition reading of Peter Chiou | |
| | | X | 3/3/20 | | | Deposition reading of Christopher Prince | |
| | | X | 3/3/20 | | | Witness testimony of Christopher Lee | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |