IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELL THRIVE LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-794 (MN) |
| | ) |
| SEMILEDS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**AMENDED JUDGMENT**

This 8th day of April 2021, the Court having entered Judgment (D.I. 94)[1] and later having determined that the Judgment shall be amended to include pre- and post-judgment interest (D.I. 102), the Court hereby enters the Amended Judgment as follows:

1. Declaratory judgment is entered in favor of Well Thrive and against SemiLEDs on Well Thrive's First Claim for Relief (Declaratory Judgment), declaring that § 6.2.2 of the parties' Purchase Agreement dated June 28, 2016 does not allow SemiLEDs to retain the $500,000 Well Thrive paid towards the purchase of the Note (as defined in the parties' Purchase Agreement).

2. Judgment is entered in favor of SemiLEDs and against Well Thrive on Well Thrive's Second Claim for Relief (Unjust Enrichment).

3. Judgment is entered in favor of Well Thrive and against SemiLEDs for pre-judgment interest in the amount of $123,640.14, calculated as simple interest based on the rate of 6.25% from January 6, 2017 through December 20, 2020; and

---

[1] Additionally, on December 22, 2020, the Court ordered SemiLEDs to return the $500,000 to Well Thrive "as necessary and proper relief based on the Court's grant of declaratory judgment . . ." (D.I. 95).

4.       Judgment is entered in favor of Well Thrive and against SemiLEDs for post-judgment interest on the award of $623,640.14 (*i.e.*, inclusive of pre-judgment interest) at the rate of 0.09% compounded annually from the date this Amended Judgment is entered and until the judgment is paid.

 

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge